

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00440-CV

**IN THE INTEREST OF E.A.T. JR.** and E.A.T., Minor Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020–PA–01457
Honorable Kimberly Burley, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford to pay costs of court. No costs are taxed in this appeal.

SIGNED April 6, 2022.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Cathy Stryker is the regular presiding judge for the 224th Judicial District Court of Bexar County.